```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611159488
Cashier ID: buensum
Transaction Date: 05/06/2022
Payer Name: NORTHERN CALIFORNIA
--------------------------------
MISCELLANEOUS PAPERS
 For: IN RE DMCA SUBPOENA TO GOOGLE
 Case/Party: D-CAN-5-22-MC-080111-001
 Amount:         $49.00
--------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 91125
 Amt Tendered:  $49.00
--------------------------------
Total Due:       $49.00
Total Tendered: $49.00
Change Amt:      $0.00

SVK


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```